AIR DISPATCH, INC., ET AL. *v.* UNITED
STATES ET AL.

No. 1004.   Decided June 1, 1965.

*Arthur R. Littleton, Harold S. Shertz, Louis P. Haffer*
and *Robert M. Beckman* for appellants.

*Solicitor General Cox, Assistant Attorney General
Orrick, Lionel Kestenbaum, Robert W. Ginnane* and
*Leonard S. Goodman* for the United States et al.; *Robert
J. Corber, Drew L. Carraway, John S. Fessenden, Peter T.
Beardsley, Richard R. Sigmon* and *Bryce Rea, Jr.,* for
National Association of Motor Bus Owners et al.; and
*Russell S. Bernhard* for Air Cargo, Inc., appellees.

PER CURIAM.

The motions to affirm are granted and the judgment is
affirmed.